COURT OF CRIMINAL APPEALS OF TEXAS

:308, CAPITOL STATION
IN, TEXAS 78711

SHREVEPORT
LA 710

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1R          $ 00.40⁶
0002003152    APR 15 2015
MAILED FROM ZIP CODE 78701

ᴎᴛꜱ

RE: WR-82,357-01

#1894781

ISREAL REYES SR

3005 1.2 San Antonio St

New Braunfels, TX

78130

1894781

NO LONGER INCARCERATED
IN COMAL COUNTY JAIL